EAST BATON ROUGE PARISH
Filed Jul 14, 2022 2:54 PM
Deputy Clerk of Court
C-721178
32

| | |
|---|---|
| COREY BERTAUT, SR. and CHARLOTTE BERTAUT, individually and on behalf of their minor child, COLE BERTAUT, and COREY BERTAUT, JR. | DOCKET NO.: _____ DIV.: ___ <br><br> 19TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE <br><br> STATE OF LOUISIANA |
| AMERICAN INTER-FIDELITY EXCHANGE, MARKA TRANSPORT, INC., and ROGER GRAVES | |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned Counsel, come Plaintiffs, Corey Bertaut, Sr. and Charlotte Bertaut, individually and on behalf of their minor child, Cole Bertaut, and Corey Bertaut, Jr., persons of full age and residing in Tangipahoa Parish, Louisiana, who, with respect aver as follows:

1.

Made defendants herein are:

1. **AMERICAN INTER-FIDELITY EXCHANGE**, and/or an affiliate thereof, a foreign insurance company authorized to do business in the State of Louisiana;

2. **MARKA TRANSPORT, INC.**, and/or an affiliate thereof, a foreign company not authorized to do business in the State of Louisiana;

3. **ROGER GRAVES**, a person of full age residing in Harris County, Texas;

for the following reasons, to-wit:

2.

On or about August 31, 2021, Plaintiff, Corey Bertaut, Sr., was operating a 2014 Nissan Sentra (hereinafter "Sentra"), traveling westbound on Interstate 12 in Baton Rouge, Louisiana, when he slowed down and came to a stop due to the stopped traffic ahead of him. The other plaintiffs, Charlotte Bertaut, Cole Bertaut, Corey Bertaut, Jr., were guest passengers in the Sentra at all material times.

3.

At approximately the same time and place, Defendant, Roger Graves and/or a permissive driver, was operating a 2018 Volvo 780 Tractor Trailer (hereinafter "Tractor Trailer"), owned by Defendant, Marka Transport, Inc., and/or an affiliate thereof, traveling westbound on Interstate 12, when he failed to stop for traffic in front of him and violently crashed into the rear end of the Sentra occupied by Plaintiffs, causing the injuries, damages, and losses complained of herein.

4.

The severity and force of this initial rear-end crash pushed Plaintiffs' Sentra into another vehicle and caused a chain reaction of collisions, involving a total of six vehicles.



DEFENDANT'S EXHIBIT
A

Certified True and Correct Copy
CertID: 2022071500426

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/15/2022 11:23 AM

5.

This horrific crash was caused solely by the fault and negligence of Defendant, Roger Graves. Such fault and negligence includes, but is not necessarily limited to, the following:

a. Failing to maintain a proper lookout;

b. Failure to maintain reasonable and proper control of his vehicle upon a public road;

c. Failing to see and do what reasonably should have been done to avoid the crash;

d. Failing to keep a safe distance or following too closely;

e. Following too closely;

e. Careless operation;

e. Creating an unreasonable risk of harm;

e. Violating safety rules required for the safe operation of a motor vehicle;

f. Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the trial of this matter, including violations of state and parish traffic regulations and ordinances.

6.

Plaintiffs allege on information and belief at all times, Defendant, Roger Graves, was an employee of Defendant, Marka Transport, Inc., and/or an affiliate thereof, and was within the course and scope of his employment and/or on a mission for Marka Transport, Inc., and/or was a permissive driver of the vehicle. Therefore, Marka Transport, Inc., is vicariously liable for the negligent acts of Roger Graves under the doctrine of *Respondeat Superior*.

7.

In addition to the negligence alleged heretofore, Plaintiffs allege that a substantial and proximate cause of the above-described crash was the fault and negligence of Defendant, Marka Transport, Inc., and/or an affiliate thereof, which is described in part but not exclusively as follows:

a. In failing to provide proper driver training;

b. In failing to employ a safe and competent driver;

c. In failing to properly supervise and instruct its drivers;

d. In failing to maintain the vehicle in proper working condition; and

e. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation of the emergency vehicles exception and shown at the time of this trial to be a proximate cause of Plaintiff's injuries, damages, or losses.

8.

As a result of this crash and due to the fault and negligence of Defendant, Roger Graves, Plaintiffs have sustained personal injuries and property damage.


Certified True and Correct Copy
CertID: 2022071500426

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/15/2022 11:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

As a result of the fault and negligence of Defendant, Roger Graves, Plaintiffs are entitled to recover the following past, present, and future damages for the injuries they sustained in the aforementioned crash:

a. Physical and mental pain, suffering and anguish;

b. Physical disability and/or impairment of functions and activities;

c. Loss of income and/or loss of earning capacity;

d. Loss of enjoyment of life;

e. Property damage, rental expenses, loss of use, diminished value; and

f. Other damages, which may be more fully shown at the trial of this matter.

10.

As a result of these injuries, Plaintiffs have incurred and will in the future incur expenses which they are entitled to recover from defendants, including medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel and other related and necessary expenses.

11.

Plaintiffs allege on information and belief that at the time of this crash, there was in full force and effect a policy of liability insurance issued by American Inter-Fidelity Exchange, and/or an affiliate thereof, insuring Roger Graves and/or the 2018 Volvo 780 Tractor Trailer, owned by Marka Transport, Inc. and operated by Roger Graves.

WHEREFORE, Plaintiffs pray that Defendants be served with this petition, and after being duly cited to appear and answer same, and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiffs, and against Defendants, American Inter-Fidelity Exchange, Marka Transport, Inc., and Roger Graves, jointly and in solido, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees.

**RESPECTFULLY SUBMITTED:**

By: _____
CHRISTOPHER W. DEAGANO, 35101
SPENCER H. CALAHAN, 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone 225-387-2323
Facsimile 225-387-2324



Certified True and
Correct Copy
CertID: 2022071500426

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/15/2022 11:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE**

**American Inter-Fidelity Exchange**
*through its agent for service of process*
LA Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**Marka Transport, Inc.**
*Via the Louisiana long-arm statue La.R.S.13:3201 et seq.*
52 Eisenhower Lane
Lombard, IL 60148

**Roger Graves**
*Via the Louisiana long-arm statue La.R.S.13:3201 et seq.*
802 Steele Road
Highland, TX 77562


Certified True and Correct Copy
CertID: 2022071500426

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/15/2022 11:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).
