## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COREY BERTAUT, SR., AND CHARLOTTE BERTAUT, individually and on behalf of their minor child, COLE BERTAUT, AND COREY BERTAUT, JR.** | * * * * * * | **CIVIL ACTION NO:** _____ |
| | | **SECTION:** _____ |
| | | **HONORABLE:** _____ |
| **VERSUS** | * * | **MAGISTRATE:** _____ |
| **AMERICAN INTER-FIDELITY EXCHANGE, MARKA TRANSPORT, INC., AND ROGER GRAVES** | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO PETITION FOR DAMAGES WITH REQUEST FOR TRIAL BY JURY

NOW INTO COURT comes American Inter-Fidelity Exchange ("AIFE"), sought to be made a defendant herein, who answers the Petition for Damages as follows:

1.

The allegations of Article 1 of the Petition for Damages are denied except to admit that AIFE is a foreign insurance company authorized to do and doing business in this Parish and State. Except as admitted, denied.

2.

The allegations of Article 2 of the Petition for Damages are denied.

3.

The allegations of Article 3 of the Petition for Damages are denied.

4.

The allegations of Article 4 of the Petition for Damages are denied.

5.

1

The allegations of Article 5 of the Petition for Damages do not call for an answer by Respondent, but in an abundance of caution are denied.

6.

The allegations of Article 6 of the Petition for Damages do not call for an answer by Respondent, but in an abundance of caution are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of Article 7 of the Petition for Damages do not call for an answer by Respondent, but in an abundance of caution are denied.

8.

The allegations of Article 8 of the Petition for Damages do not call for an answer by Respondent, but in an abundance of caution are denied.

9.

The allegations of Article 9 of the Petition for Damages do not call for an answer by Respondent, but in an abundance of caution are denied.

10.

The allegations of Article 10 of the Petition for Damages are denied.

11.

The allegations of Article 11 of the Petition for Damages are denied except to admit that if a policy of insurance was issued by AIFE wherein the named insured was Marka Transport, Inc. then to admit that said policy, being a written document, is the best evidence of the terms, conditions, applications and exclusions contained therein, all of which are plead as if copied *in extenso.* Except as admitted, denied.

12.

The allegations of the WHEREFORE paragraph of the Petition for Damages are denied.

13.

AND NOW FURTHER ANSWERING, Respondent avers that the plaintiffs failed to mitigate their damages.

14.

AND STILL FURTHER ANSWERING, Respondent denies any liability to the plaintiffs or any other party.

15.

AND NOW FINALLY ANSWERING, Respondents deny that the plaintiffs' claims are equal to or exceed an amount properly triable before a jury, however in the event they are found to exceed that amount, then Respondent is entitled to and demands a trial by jury and will post such bond as the Court may require.

WHEREFORE, the forgoing considered, Respondent prays that this answer be deemed good and sufficient and after due proceedings had that there be judgement rendered in their favor dismissing the Petition for Damages filed by the Plaintiffs with prejudice, at their cost with request for trial by jury and for all other general and equitable relief.

Respectfully submitted,
*/s/ James R. Nieset, Jr.*
**JAMES R. NIESET, JR. (24856)**
**SARA A. LAROSA (37765)**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
Email: jnieset@phjlaw.com
**Counsel for Defendants American Inter-Fidelity Exchange and Marka Transport, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on October 6, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Corey and Charlotte Bertaut**
Through counsel of record
Christopher W. Deagano (35101)
Spencer H. Calahan (27192)
827 St. Louis Strret
Baton Rouge, Louisiana 70802
Email: chris@calahanlaw.com
Tel. 225 387 2323

                                         */s/ James R. Nieset, Jr.*_____
                                         JAMES R. NIESET, JR.
                                         SARA A. LAROSA