## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COREY BERTAUT, SR., AND CHARLOTTE BERTAUT, individually and on behalf of their minor child, COLE BERTAUT, AND COREY BERTAUT, JR.** | * * * * * * | **CIVIL ACTION NO: 3:22-cv-00712** |
| | * | **HONORABLE BRIAN A. JACKSON** |
| **VERSUS** | * * | |
| **AMERICAN INTER-FIDELITY EXCHANGE, MARKA TRANSPORT, INC., AND ROGER GRAVES** | * * * | **MAGISTRATE ERIN WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO PETITION FOR DAMAGES WITH REQUEST FOR TRIAL BY JURY

NOW INTO COURT comes Marka Transport, Inc., sought to be made a defendant herein, who answers the Petition for Damages as follows:

I.

The allegations of Article 1 of the Petition for Damages are denied except to admit that Marka Transport is a foreign corporation authorized to do and doing business in this Parish and State. Except as admitted, denied.

II.

All answers and affirmative defenses asserted by American Inter-Fidelity Exchange in its Answer to Petition for Damages filed on October 6, 2022 are adopted by Marka Transport, Inc. herein as if copied herein *in extenso*.

III.

Respondent denies that the plaintiffs' claims are equal to or exceed an amount properly triable before a jury, however in the event they are found to exceed that amount, then

Respondent is entitled to and demands a trial by jury and will post such bond as the Court may require.

WHEREFORE, the forgoing considered, Respondent prays that this answer be deemed good and sufficient and after due proceedings had that there be judgement rendered in its favor dismissing the Petition for Damages filed by the Plaintiffs with prejudice, at their cost with request for trial by jury and for all other general and equitable relief.

Respectfully submitted,
*/s/ James R. Nieset, Jr.*
**JAMES R. NIESET, JR. (24856)**
**SARA A. LAROSA (37765)**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
Email: jnieset@phjlaw.com
**Counsel for Defendants American Inter-Fidelity Exchange and Marka Transport, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Corey and Charlotte Bertaut**
Through counsel of record
Christopher W. Deagano (35101)
Spencer H. Calahan (27192)
827 St. Louis Strret
Baton Rouge, Louisiana 70802
Email: chris@calahanlaw.com
Tel. 225 387 2323

*/s/ James R. Nieset, Jr.*
JAMES R. NIESET, JR.
SARA A. LAROSA

2