UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOPE NELSON                                                          CIVIL ACTION

VERSUS

MARKA TRANSPORT, INC., ET AL.                    NO. 22-00712-BAJ-EWD

## JUDGMENT

Considering the **Joint Stipulation Of Dismissal (Docket 22-00712-BAJ-EWD at Doc. 91)**, filed in the lead case of this action, and which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 22nd day of October, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA