UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY BERTAUT, SR., ET AL. | CIVIL ACTION |
| VERSUS | |
| AMERICAN INTER-FIDELITY EXCHANGE, ET AL. | NO. 22-00712-BAJ-EWD<br>C/W 22-00713-BAJ-EWD |

### JUDGMENT

Considering the **Joint Stipulation Of Dismissal (Docket 22-00712-BAJ-EWD at Doc. 91)**, filed in the lead case of this action, and which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 4th day of November, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA